In the Matter of the Judicial Settlement of the Final Accounts of the BANK OF JAMESTOWN and FRED D. MOORE, as Executors, etc., of FRED D. MOORE, Deceased. — Decree and order affirmed, with costs. All concur, except Taylor and Dowling, JJ., who dissent and vote for reversal on the law and facts and for the entry of the decree prayed for on the ground that the findings are contrary to and against the weight of the evidence. (The decree judicially settles the accounts of the executors. The order directs the executors to sell the real property.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH VALLEY RAILWAY COMPANY, Appellant, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, Respondents. (City of Buffalo 1930 Assessment.) — Order affirmed, with costs. All concur. (The final order confirms the report of the referee in a certiorari proceeding to review assessment on certain property in the city of Buffalo for the year 1930.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH VALLEY RAILWAY COMPANY, Appellant, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, Respondents. (City of Buffalo 1931 Assessment.) — Order so far as appealed from affirmed, with costs. All concur. (The final order confirms in part the report of the referee in a certiorari proceeding to review assessments on certain property in the city of Buffalo for the year 1931, and denies relator's motion to amend the petition to conform with the proof.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH VALLEY RAILWAY COMPANY, Appellant, Respondent, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, Respondents, Appellants. (City of Buffalo 1932 Assessment.) — Order so far as appealed from affirmed, without costs of this appeal to any party. All concur. (The final order confirms in part the report of the referee in a certiorari proceeding to review assessments on certain property in the city of Buffalo for the year 1932, and denies relator's motion to amend the petition to conform to the proof.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

WESLEY RIEGEL, Appellant, v. ABRAHAM I. SAVIN, Doing Business under the Assumed Name of A. I. SAVIN CONSTRUCTION COMPANY, and WAYLAND GIFFORD, Respondents.— Judgments and orders reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: It was error for the court to hold as matter of law that Mrs. Laughton was guilty of negligence in the manner of driving the car. On the question of imputed negligence see *Webber* v. *Graves* (234 App. Div. 579). All concur, except Crosby, P. J., who dissents and votes for affirmance. (The judgments are for defendants in an automobile negligence action. The orders deny motions for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.